**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP and QASIM QABIE,<br><br>Defendants. | ) | Civil Case No. 2:23-cv-03760-WHR-MRM |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP and QASIM QABIE, and in support thereof states as follows:

1. On November 8, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On November 30, 2023, a copy of the Complaint and Summons was served on DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP, via Corporate Service. *See* Affidavit of Service [DE 6-1].

3. DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOPwas to have responded to or filed an answer to the Complaint by December 21, 2023, but failed to file anything with this Court.

4. On November 22, 2023, a copy of the Complaint and Summons was served on QASIM QABIE, via Personal Service. *See* Affidavit of Service [DE 6].

5. QASIM QABIE was to have responded to or filed an answer to the Complaint by December 13, 2023, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP and QASIM QABIE were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP and QASIM QABIE have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, DUBLIN SMOKY ROW INC. d/b/a DUBLIN SMOKE SHOP and QASIM QABIE and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 23, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.